**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**RAYMOND FOXWORTH, D.C.**                                             **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 3:08cv731 HTW-LRA**

**WAL MART STORES EAST, LP**                                             **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff,

**RAYMOND FOXWORTH, D.C.**, through his attorney, for entry of a Judgment of Dismissal to

dismiss this cause with prejudice on the basis that all claims have been fully resolved and

compromised, the Court, understanding that counsel for the Defendant Wal-Mart Stores East, LP,

joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered

cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 31st day of August, 2009.

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:

 *s/ Craig R. Sessums*
Craig R. Sessums (MSB #10184)
Attorney for Plaintiff

 *s/ Thomas M. Louis*
Thomas M. Louis (MSB #8484)
Attorney for Defendant